IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
DEC 30 2005
for C'ville
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| KARL MANSOOR, | \| |
| *Plaintiff*, | \| |
| JOHN MILLER, | \| |
| CRYSTAL LIMERICK, | \| |
| LINDA JENKINS, | \| Civil Action No. 3:02CV00116 (Lead) |
| MARK TRANK, | \| Civil Action No. 3:03CV00001 (Member) |
| THOMAS FOLEY, and | \| |
| COUNTY OF ALBEMARLE, | \| |
| *Defendants*. | \| |

### DISMISSAL ORDER

Came this day the parties, by counsel, and represented that all matters in controversy have been settled, compromised, and/or released, including but not limited to claims for attorney's fees, and upon representation thereto by the parties by the counsel's signatures hereinbelow, is hereby ORDERED that this matter be dismissed with prejudice.

It is further ORDERED that the clerk forward certified copies of this Order to all counsel of record endorsing same.

This matter is ended and removed from the docket.

Entered this 30th day of December, 2005.

_____
Judge

We ask for this:

*[signature]*

John W. Zunka, Esquire (VSB# 14368)
Richard H. Milnor, Esquire (VSB# 14177)
Alvaro A. Inigo, Esquire (VSB# 38663)
Zunka, Milnor, Carter & Inigo, Ltd.
414 Park Street, P O Box 1567
Charlottesville VA  22902
Phone: (434) 977-0191
Fax:    (434) 977-0198
*Counsel for Defendants*
e-mail:  jzunka@cstone.net
         rmilnor@cstone.net
         ainigo@cstone.net

*[signature]*

Deborah C. Wyatt, Esquire
Wyatt & Armstrong
300 Court Square
Charlottesville VA 22902

Neal L. Walters, Esquire
Scott & Kroner
418 East Water Street
P O Box 2737
Charlottesville VA 22902
*Counsel for Plaintiff*